

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00515-CR

Patrick **MCDANIEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-10059
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant Patrick McDaniel filed a notice of appeal on November 10, 2021. The Texas Rules of Appellate Procedure require the notice of appeal to state the date of the judgment or order appealed from. TEX. R. APP. P. 25.2(c)(2). Appellant's notice of appeal does not state the judgment or order he wishes to appeal. The only order in the clerk's record is a "Magistrate Order for Mental Illness or Intel[l]ectual Disability Assessment" signed on August 19, 2021. It is therefore ORDERED that appellant clarify within ten days from the date of this order whether he seeks to appeal the August 19, 2021 order.

If appellant seeks to appeal the August 19, 2021, we ORDER him to show cause in writing within ten days from the date of this order why his appeal is timely and should not be dismissed for lack of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (stating timely notice of appeal is necessary to invoke a court of appeals' jurisdiction).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court